**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**LORENZO DIAZ, JR.**

Defendant.

CR NO: 2:26-mj-0077 AC

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum ☐ Ad Testificandum

Name of Detainee: Lorenzo Diaz, Jr.

Detained at: Craven County Detention Center

Detainee is: a.) ☒ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint
charging detainee with: 18 U.S.C. §§ 2251(a) and (e)

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings

or b.) ☒ be retained in federal custody until final disposition of federal charges

***Appearance is necessary FORTHWITH in the Eastern District of California.***

Signature: /s/ JESSICA DELANEY

Printed Name & Phone No: Jessica Delaney, 916-554-2785

Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshals Service is hereby ORDERED to produce the named detainee, **FORTHWITH** and for any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: June 25, 2026

/s/ Carolyn K. Delaney

Honorable Carolyn K. Delaney
CHIEF U.S. MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s) (if applicable): 

Booking or CDC #: 2025-00001842

Facility Address: 1100 Clarks Road, New Bern, NC 28562

Facility Phone: 252-636-6620

Currently Incarcerated For: In custody of the State of North Carolina

☒Male ☐Female

DOB: 9/22/2003

Race: Hispanic

FBI#: JENW69PAP

## RETURN OF SERVICE

Executed on: ____________________ ____________________

(signature)