United States District Court
Eastern District of California

United States
Plaintiff(s)

V.

Lorenzo Diaz, Jr.
Defendant(s)

Case Number: 2:26-cr-126 JAM

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Kevin Matthew Marcilliat hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Lorenzo Diaz, Jr

On 03/12/2014 (date), I was admitted to practice and presently in good standing in the Eastern District of North Carolina (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 7/23/2026

Signature of Applicant: /s/ [signature]

**Pro Hac Vice Attorney**

Applicant's Name: Kevin Matthew Marcilliat

Law Firm Name: Marcilliat & Mills, PLLC

Address: 272 N. Front Street

Suite 330

City: Wilmington State: NC Zip: 28401

Phone Number w/Area Code: (919) 838-6643

City and State of Residence: Wilmington, NC

Primary E-mail Address: Kevin@NCLawTeam.com

Secondary E-mail Address: ______

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: David D. Fischer

Law Firm Name: Law Offices of Dadid D. Fischer, APC

Address: 5701 Lonetree Blvd

Suite 311

City: Rocklin State: CA Zip: 95765

Phone Number w/Area Code: (916) 447-8600 Bar # 224900

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 24, 2026

JUDGE, U.S. DISTRICT COURT